MANUEL F. CASTELLS v. PHYLLIS CASTELLS.

February 2, 1983.

Petition for certification denied.

PASARO BUILDERS, INC. v. TOWNSHIP OF PISCATAWAY.

February 2, 1983.

ORDERED that the motion to dismiss the appeal as moot is granted. (See 184 *N.J.Super.* 344)

STATE OF NEW JERSEY v. THOMAS HUNT.

February 4, 1983.

Petition for certification denied.

FEDDERS FINANCIAL CORPORATION v. DIRECTOR, DIVISION OF TAXATION.

February 7, 1983.

Petition for certification granted.